IRVING R. BLOCK, Respondent, v. JAMESON L. CHASSIN et al., Appellants, et al., Defendants.—

704

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

Concur —
Capozzoli, J. P., McGivern, Markewich, Kupferman and Steuer, JJ.